U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

SEP 10 2026

JENNIFER P. LYONS, CLERK

AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: | BY ____ DEPUTY CLERK |
|---|---|---|
| Name (under which you were convicted): David W. Marble Jr | | Docket or Case No.: |
| Place of Confinement : Maine State Prison 807 Cushing Rd Warren ME 04864 | Prisoner No.: 162727 | |
| Petitioner (include the name under which you were convicted) David W. Marble Jr | v. | Respondent (authorized person having custody of petitioner) State of Maine |
| The Attorney General of the State of: | | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Cumberland County Court

   (b) Criminal docket or case number (if you know): ____

2. (a) Date of the judgment of conviction (if you know): July 19, 2018

   (b) Date of sentencing: ____

3. Length of sentence: Murder 75 years, Murder Life imprisonment

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Intentional and Knowing murder, illegal Poss of firearm

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? ______

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Maine Supreme Judicial Court

(b) Docket or case number (if you know): Cum-18-485

(c) Result: Denied

(d) Date of result (if you know): November 7, 2019

(e) Citation to the case (if you know): ______

(f) Grounds raised: 1) The December 24, 2015 search warrant for Marble's cell phone information, including cell site location information, lacked probable cause and failed to establish a nexus between Marble's cell site location information and the crimes of murder. As such the warrant ought not have issued and the court erred when it determined that the warrant was supported by probable cause and that that a nexus existed between the information sought

(g) Did you seek further review by a higher state court? ☐ Yes ☒ No

If yes, answer the following:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Result: ______

AO 241 (Rev. 09/17)

(4) Date of result (if you know): ______

(5) Citation to the case (if you know): ______

(6) Grounds raised: ______

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): ______

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Superior court County of Cumberland

(2) Docket or case number (if you know): Cumb-CR-2019-6984

(3) Date of filing (if you know): December 27, 2019

(4) Nature of the proceeding: Post-Conviction Review

(5) Grounds raised: Violated - 1) Sixth Amendment right to effective legal assistence, 2) Ineffective Assistance of counsel (Pre Trial, Trial, Appel) Due Process, Access to Effective Counsel, Failure to properly investigate evidence and uncover the fact that all evidence was not gathered and given to the Petitioner. State of Maine changed posture during trial and judge gave an instruction contradictive to States case.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes ☐ No

(7) Result: Denied

AO 241 (Rev. 09/17)

(8) Date of result (if you know): 4 -

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: ______

(8) Date of result (if you know): ______

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: The supreme Judicial court of the state of Maine

(2) Docket or case number (if you know): Ken-25-463

(3) Date of filing (if you know): 02-12-2026

(4) Nature of the proceeding: Denied

(5) Grounds raised: 1) The court unreasonably determined that trial counsel did not render ineffective assistance of counsel as guaranted by the Sixth Amendment. A. The court's performance-analysis is both factually and legally erroneous. B. The court's perjudice-prong analysis is both factually and legal erroneous. 2) The court's erred in evaluating petitioner's remaining clams of ineffective assistance of counsel.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☒ No

(7) Result: Certificate of Probable Cause - Deniel

(8) Date of result (if you know): May 5, 2026

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☒ Yes ☐ No

(2) Second petition: ☒ Yes ☐ No

(3) Third petition: ☒ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Jiclated my sixth Amendment Right to Effective legal Assistance. Prosecutural Misconduct

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

counsole dificent representating preJudiced me where none of the extensve forensie evidence gathered that was tested none of the results linked to me. To the crime no fringerprints, tire tracks, and no footprint evidence implicating me.

(b) If you did not exhaust your state remedies on Ground One, explain why: There is evidence involed in this case that the state of Maine did not provide to my attorney of my attorney did not get or have tested to prove my innocence.

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: ______

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion to Amend Pleading - P.C.R

Name and location of the court where the motion or petition was filed: State of Maine Cumberland County Court

Docket or case number (if you know): CUMCD-CR-2019-6984

Date of the court's decision: 11-21-2025

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: State of Maine Supreme Judicial Court and Cumberland County Superior Court

Docket or case number (if you know): Cum-18-485 and Ken-25-556

Date of the court's decision: 11-7-19, 11-21-25, and 5-5-26

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ______

**GROUND TWO:** Ineffective Assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My trial counsel's never tried to find my key witness for my alibi. But was telling me the hole time that they was looking for her but just could not find her. When the hole time they already know that they really had no intions on trying to locate her.

(b) If you did not exhaust your state remedies on Ground Two, explain why: ______

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Can't raise ineffective assistance on direct appeal

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: P.C.R

Name and location of the court where the motion or petition was filed: State of Maine Supreme Judicial court, Cumberland County Superior court

Docket or case number (if you know): CUMCD-CR-2019-6984

AO 241 (Rev. 09/17)

Date of the court's decision: 11-21-2025

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme court of Maine cumberland, County Court

Docket or case number (if you know): Cum-18-485 and Ken-25-556

Date of the court's decision: 11-7-19, 11-21-25, and 5-5-26

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : Petition Here

**GROUND THREE:** Ineffective Assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

They did not object or have a Sidebar when the state's witness said the name Dee Money more then one time on the stand. Then even if I would not have gotten it they still should have tried to push for a mistrial cause the judg is the one who told everyone befor trial the name Dee Money can not be said durins trial and I know if I herd them say it then the jury heard them cause I was sitting right next to the jury when it was said.

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Order Assinging Petition for Post-Conviction Review

Name and location of the court where the motion or petition was filed: The Suprememe Judical court of the State of Maine Sitting as the law court

Docket or case number (if you know): Cum-18-485 and Ken-25-556

Date of the court's decision: 11-7-19, 11-21-25, and 5-5-26

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: The Supreme judical court of the State of Maine Sitting as the law court

Docket or case number (if you know): Cum-18-485 and Ken-25-556

Date of the court's decision: 11-7-19, 11-21-25, and 5-5-26

Result (attach a copy of the court's opinion or order, if available): ______

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Petition Here

**GROUND FOUR:** Ineffective Assistance of counsal

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My trial counsel's aprouch to my trial was not good for me whit not objecting to leading questions. Thinking that would just anger the judg and jury. So it seem that they was more concered and focus about not making the judg and jury anger then trying to fight for my life and freedom.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Order on Petition for Post-conviction Review

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: The supreme judical court of the state of Maine

Docket or case number (if you know): Cum-18-485 and Ken-25-556

Date of the court's decision: 11-7-19, 11-21-25, and 5-5-26

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: The supreme judical court of Maine sitting as the law court

Docket or case number (if you know): Cum-18-485 and Ken-25-556

Date of the court's decision: 11-7-19, 11-21-25, and 5-5-26

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: Petition Here

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______________________________

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

______________________________

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ______________________________

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______________________________

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Pam Ames

(b) At arraignment and plea: Neale Duffett / Jon Gale

(c) At trial: Neale Duffett / Jon Gale

(d) At sentencing: Neale Duffett / Jon Gale

(e) On appeal: Tina Heather Nedeau
P.O. Box 7656 415 Congress St, Suite 202 Portland, ME 04112

(f) In any post-conviction proceeding: Sarah L. Glynn 197 Park St
P.O. Box 298 South Paris, ME 04281

(g) On appeal from any ruling against you in a post-conviction proceeding: Rory A. McNamara
P.O. Box 143 York, ME 03909

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Timeliness in not an issue here... But Petitioner must admit that he is not versed in law and does not know if he has in fact filled out this entire packet properly. Also, I need an attorney appointed because I do not understand law and will have a hard time moving forward.

AO 241 (Rev. 09/17)

Maine state Prison does not have a legal aide nor does Maine state Prison have a law library. There is only a section on our tablet but it does not tell or help me understand what I am doing or how to do it. Due to not knowing what I am doing or understand how to do it, I am formally and humbly requesting to be afforded the appointment of an attorney

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Grant Petition, all or in part, vacate sentence, or appoint counsel to Petitioner and allow Pitition to move forward, and/or any relief court deem necessary.

or any other relief to which petitioner may be entitled.

______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 09-01-2026 (month, date, year).

Executed (signed) on 09-01-2026 (date).

[signature]
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

NICHOLAS R. CLAPPERTON
NOTARY PUBLIC
State of Maine
My Commission Expires
April 4, 2029
N. [signature]
09/01/2026